UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Charleston Division

| | |
|---|---|
| Mark Fultz, | CASE NO.: 2:18-cv-1020-PMD |
| Plaintiff, | |
| vs. | RULE 26(F) REPORT |
| Sunrise Hotels of Charleston, LLC, | |
| Defendant. | |

The parties having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows:

    We agree that the schedule set forth in the Conference and Scheduling Order issued April 24, 2018 <u>is appropriate for this case</u>.  The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.

<u>s/John L. McDonald, Jr.</u>
John L. McDonald, Jr.
CLAWSON and STAUBES, LLC
126 Seven Farms Drive, Suite 200
Charleston, South Carolina  29492-8144
Phone:   (843) 577-2026
Fax:       (843) 722-2867
Email:   cmcnair@clawsonandstaubes.com
Attorney for Sunrise Hotels of Charleston, LLC


<u>s/Anthony J. Brady, Jr.</u>
Anthony  J. Brady, Jr.
1670-9 Springdale Drive
PMB 159
Camden, SC 29020
Phone:  (561) 603-8387
Email:  Ladbrady@gmail.com
Attorney for Plaintiff  Mark Fultz